## PETITION BY IMMIGRATION AND CUSTOMS ENFORCEMENT DETAINEES OF PLYMOUTH COUNTY CORRECTIONAL FACILITY

### AS AT TUESDAY MARCH 31st 2020

WE THE UNDERSIGNED IMMIGRANTS DETAINED BY IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) AT PLYMOUTH COUNTY CORRECTIONAL FACILITY HAVE PUT TOGETHER THIS PETITION THAT SEEKS TO ADDRESS

(a) Our Concerns about our Safety with regards to the Corona Virus (Covid 19) Pandemic.

(b) Our Recommendations as Part of a Possible Solution to address our Concerns.

FILED IN CLERKS OFFICE  2020 APR -6  PM 3: 24  U.S. DISTRICT COURT DISTRICT OF MASS.

## INTRODUCTION

(1) Petitioners are currently being held in Federal Immigration Detention of PLYMOUTH COUNTY CORRECTIONAL FACILITY (PCCF) in the state of Massachussets.

(2) Sheriff JOHN D. MCDONALD JR is petitioners immediate custodian.

(3) Petitioners have been held in Immigration detentions for durations ranging from 3 months to 2 years.

(4) Given petitioners have established

(i) A well founded fear of persecution and torture if they were to be returned to their home countries.

(ii) Have established that their united states Spouse or children will suffer severe hardship if they were to be returned to their home countries.

(iii) While some petitioners are in the process of establishing a credible fear.

(5) Given petitioners have their Immigration cases pending before the following Courts.
(i) Immigration Court;
(ii) Board of Immigration Appeals (BIA)
(iii) Courts of High Circuit.

## FACTS ALLEGED

(6) That given the outbreak of the deadly Corona Virus (Covid 19) Pandemic which is threatening the Lives, health and safety of thousands globally and in the United States of America.

(7) That the devastation in terms of human Cost caused by the Corona Virus (Covid 19) Pandemic with the tally constantly rising with approximately 180,000 confirmed cases and almost 4000 people have died of the disease in the United States of America as at Tuesday March 31 2020.

(8) That with regards to the fact that some inmates and employees of the Plymouth County Correctional Facility already tested positive for the Corona Virus (Covid 19). BOSTON HERALD as at Saturday 28 March 2020 Page —

Article entitled. Aclu.....

(9) That with the various measures being taken by the Sheriff's office of the Plymouth County Correctional Facility which are deemed not sufficient enough to curb the spread of the virus and further protect the lives, health and safety of petitioners and thus constitutes.
  (i) Continuous Lockdown For 20 hours a day which is causing severe Psychological Problems among which Increased Anxiety and depression among petitioners
  (ii) And with Correctional officers constantly coming from the outside and who could be thus expose to the virus, as well as their presence in units with no Protective gear (such as Masks).

(10) That with the lack of Covid 19 testing facilities in detention Centers and inadequate hygiene and Sanitation Supplies such as Soap, toilet papers, cleaning detergents and Sanitizers, Facilities Could become a spreading ground for the Virus.

(11) That in accordance with measures Proposed by Health experts and various administrative authorities to Curb the spread of the Corona Virus (Covid 19) among which Social distancing and Maintaining a 6 foot distance

(12) That in a Single Unit in Plymouth County Correctional Facility which houses averagely 100 inmates, this makes Social distancing Practically impossible and certainly

not achievable and consequently makes it impossible to avoid an outbreak.

(43) That in-line with prior mentioned facts petitioners are seriously fearful as they are exposed and at high risk of contracting the Covid 19 virus, which would be consequently fatal for Immigration detainees particularly those with underlying Health Conditions such as Asthma, heart related diseases and in others severe cases of Anxiety and depression.

(44) Thus petitioners strongly belief their lives, health and safety are seriously at risk and cannot be effectively safeguarded due to their continuous detention during this dreadful Corona Virus (Covid 19) Pandemic which is growing exponentially.

(45) Petitioners respectfully request the.
(i) Department of Home Land Security (DHS) (Immigration and Customs Enforcement (ICE)
(ii) Department of Justice (Immigration Courts).

To utilize other alternatives to the continuous detention of petitioners that can effectively safeguard petitioners Lives, Health and safety during this Corona Virus Pandemic.

## PRAYER FOR RELIEF AND POSSIBLE RECOMMENDATIONS

Wherefore Petitioners respectfully asks for the GRANT of the following Relief.

### EMERGENCY RELEASE OF PETITIONERS TO GUARANTEE THEIR WELFARE AND SAFETY

That Pursuant to 8 U.S.C. §§ 1226 (a) "An Alien May be arrested & detained pending a decision on whether the Alien is to be removed from the United States". Unless the Alien is removal on Criminal or terrorist grounds. The Attorney General may continue to detain or release Aliens on "Conditional Parole" or "a bond of atleast $1500".

And thus the Alien May request a bond hearing in the Immigration Courts at anytime before a removal order becomes final. 8. C.F.R §§ 236 4 (d) (1).

### THUS PETITIONERS RECOMMEND THE following

That the federal Court should persuade.

(i) The Immigration Court Judges to fast track the decisions of Petitioners whose Relief decisions are still pending before the Immigration Courts or have them release awaiting their decisions.

(ii) That in accordance with a federal Judge's ruling that Aliens who have established a credible fear and are awaiting final Relief decisions on their Cases

Pending before;
- The Board of Immigration Appeals (BIA)
- Courts of High Circuit,

are entitled to a bond hearing to permit them [X]ait out their decisions out of detention.

(a) Petitioners request the Court to persuade Immigration and Customs Enforcement to grant Parole to petitioners awaiting their Appeal decisions.

(b) Petitioners request the Court to persuade the Immigration Courts and Immigration and Customs Enforcement to grant emergency bonds to petitioners entitled to Bonds to permit their release from detention while awaiting their Appeal decisions.

(c) That petitioners in the Process of establishing a Credible Fear be granted Parole or bond.

[X]hereas Petitioners belief these emergency actions be taken Promptly to effectuate their release from detention based on the Afforementioned facts to better safeguard their lives from the Mortal Corona Virus (Covid 19) Pandemic before it Catastrophic impact is felt on the detention facility.

PETITIONERS STRONGLY REPRESENT THE INTEREST ALL DETAINED IMMIGRANTS AT PCCF

## NAMES AND SIGNATURES OF PETITIONES.

| # | NAMES | FACILITY ID NUMBERS | SIGNATURES |
|---|---|---|---|
| (1) | Pedro Wabibi Augusto | 78781 | Pedro |
| (2) | Pablo Navarrete | 78797 | Pablo. N.M |
| (3) | ROCARD-MBUMA | 78798 | R |
| (4) | ATABONG FOSSENI PAUL | 77173 | |
| (5) | Pedro - Cuba | 78323 | PEDRO |
| (6) | G. Alberto Velez Chavez | 078803 | G.A. v Chavez |
| (7) | Jorge Martinez | 78359 | |
| (8) | Maldonado Manuel | 78617 | |
| (9) | Fausto Dumagoala | 78586 | |
| (10) | Jose Luis Rodriguez Martinez | 78212 | Jose Luis R. |
| (11) | Marcos F Chaves Chaves | 78210 | |
| (12) | Fredy Vallejos | 78585 | |
| (13) | Teofilo Niz | 78593 | |
| (14) | Danilo Gomez Ayala | 78356 | |
| 15 | Manuel B. Mizhirumbay | 78265 | |
| (16) | Ricardo Ramirez | 78480 | RRA |
| (17) | Miguel Carpio | 78569 | |
| (18) | Galindo Martin | 78093 | Gene |
| (19) | Wilmer Espinal Alvarado | 76731 | |
| (20) | Jesus Paulino Bello | 78621 | |
| (21) | Manuel Cela Caguana | 78305 | |
| (22) | Hector Isaias Pajoy Calal | 78456 | |
| (23) | Ramón Humberto Sánchez Vásquez | 76595 | |
| 24 | HENRY NAVAS RAMOS | 78658 | |
| 25 | Hemoud Rodrigue | 78794 | Rodrigue |
| 26 | Leroy Daley | 77629 | Leroy Daley |

| | NAMES | FACILITY ID NUMBERS | SIGNATURES |
|---|---|---|---|
| (27) | Michael Langa | 77591 | |
| (28) | Evens Dry | 77005 | |
| (29) | Hazem Khalil El Beshtawi | 78739 | |
| (30) | Rafael Dos Santos Rodriguez | 78583 | |
| (31) | Hernandez Gomez Jose Rene | 78668 | |
| (32) | Victor Silva Soares | 78653 | |
| (33) | Rogerio Pereira da Silva | 78620 | |
| 34 | Felipe de Lima Moreira Barros | 78335 | |
| 35 | Carlos Eduardo Santos | 78337 | |
| 36 | Ramirez Garcia Oscar Eduardo | 75970 | |
| 37 | Rey Vinicio De León | 78450 | |
| 38 | Luis Zhayña Saeteros | 78456 | |
| 39 | Ahmed Jewel | 78433 | |
| 40 | Mynor Isauro Sacinto Ramirez | 78743 | |
| 41 | Nelson Tisnado | 78465 | |
| 42 | Kaiany Feliciano Da Silva | 78488 | |
| 43 | Jose Hernandez | 78493 | |
| 44 | Cleberson Quadrelli | 76694 | |
| 45 | Brayan Arango Sepulveda | 76636 | |
| 46 | Esquelin Montilla Soto | 78625 | |
| 47 | Cristian Fernando Maza Charco | 75966 | |
| 48 | Rigoberto Castro Cortes | 78783 | |
| 49 | You Jia Xin | 77514 | |
| 50 | Kawalpreet Singh | 75649 | |
| 51 | Tareq Ahmed | 76930 | |
| 52 | Ronnie Ssesanga | 78593 | |

## Names and Signatures of Petitioners.

| # | Names | Facility ID Numbers | Signatures |
|---|---|---|---|
| 54 | KIBERU QURAISH | 77572 | Quresh |
| 55 | Selemun meles | 75696 | S |
| 56 | MOHAMMAD KAMAL AHMED | 78435 | Kamal Ahmed |
| 57 | ABDUR RAHIM | 75055 | Rahim |
| 58 | SLATINEANU ALBANO ION | 78800 | S |
| 59 | Santo Agustin Amador Guerrero | 78214 | Santo |
| 60 | Rainer Mora | 78807 | Raine |
| 61 | Abdy Nizeyimana | 77370 | Abdy |
| 62 | SINGH SANDEEP | 75704 | Sandeep |
| 63 | SINGH MANINDER | 75692 | Maninder |
| 64 | NAZIM KHAN | 75049 | Nazim |
| 65 | HOSSAIN SAKHAWAT | 77172 | Sakhawat Hos. |

| Names | Facility ID Numbers | Signatures |
|---|---|---|
| | | |

