UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PEDRO WABIBI AUGUSTO, et al., | * | |
| | * | |
| Petitioners, | * | |
| | * | |
| v. | * | Civil Action No. 20-10685-ADB |
| | * | |
| ANTONE MONIZ, | * | |
| | * | |
| Respondent. | * | |

## SERVICE ORDER

BURROUGHS, D.J.

Immigration detainee Pedro Wabibi Augusto and sixty-four other immigration detainees confined at the Plymouth County Correctional Facility ("PCCF") have filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Upon review of the petition, the Court hereby orders:

1. Petitioners shall, within twenty-eight (28) days, pay the $5.00 filing fee.

2. Antone Moniz, Superintendent of PCCF, shall be substituted as the sole respondent. *See Rumsfeld v. Padilla*, 542 U.S. 426, 439 (2004); *Vasquez v. Reno*, 233 F.3d 688, 696 (1st Cir. 2000).

3. The Clerk of this Court shall serve a copy of the petition upon Superintendent Moniz and the United States Attorney for the District of Massachusetts.

4. The respondent shall, no later than Wednesday, April. 15, 2020, file a response to the petition.

5. The Clerk shall send a copy of this order to Petitioner Augusto. The Clerk is not obligated to send a copy of this order to the other Petitioners.

**IT IS SO ORDERED.**

Dated: 4/8/2020

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
DISTRICT JUDGE