# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Pedro Wabibi Augusto, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-10685-ADB |
| Antone Moniz, Superintendent, PCCF | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Quraish Kiberu                                                                                                    .

Date:     04/13/2020                                    /s/ Irene C. Freidel
                                                                   *Attorney's signature*

                                                                   Irene C. Freidel, MA BBO 559051
                                                                   *Printed name and bar number*

                                                                   PAIR Project/pro bono
                                                                   98 N  Washington Street, Suite 106
                                                                   Boston, MA 02114
                                                                   *Address*

                                                                   ifreidel@pairproject.org
                                                                   *E-mail address*

                                                                   (617) 947-6349
                                                                   *Telephone number*

                                                                   (617) 742-9385
                                                                   *FAX number*