AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Pedro Wabibi Augusto, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-10685-ADB |
| Antone Moniz, Superintendent, PCCF | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Abdy Nizeyimana.

Date: 04/13/2020

/s/ Christopher F. Warner
*Attorney's signature*

Christopher F. Warner, MA BBO 705979
*Printed name and bar number*

K&L Gates, LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
*Address*

chris.warner@klgates.com
*E-mail address*

(617) 951-9208
*Telephone number*

(617) 261-3175
*FAX number*