# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILMER RUBEN ESPINAL ALVARADO, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) C.A. No. 20-10685-ADB ) |
| ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility, | ) ) ) ) |
| Respondent. | ) ) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Petitioner Wilmer Ruben Espinal Alvarado.

Dated: April 13, 2020

/s/ Daniel L. McFadden
Daniel McFadden (BBO # 676612)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170
dmcfadden@aclum.org