**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ | |
| WILMER RUBEN ESPINAL ALVARADO, | ) )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | )    C.A. No. 20-10685-ADB<br>) |
| ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility, | )<br>)<br>) |
| Respondent. | )<br>) |
| _____ | ) |

### NOTICE OF EMERGENCY AMENDED PETITION FOR WRIT OF HABEAS CORPUS AND INJUNCTIVE RELIEF

Consistent with Federal Rule of Civil Procedure 15(a), petitioner Wilmer Ruben Espinal Alvarado, through undersigned counsel, has filed an amended petition in this action.

This action was filed by 65 immigration detainees at the Plymouth County Correctional Facility. During the current pandemic, undersigned counsel cannot be separately engaged by 65 new clients, particularly given current restrictions on movement, visitation, and communication with detainees.

However, undersigned counsel have now been engaged by one of the petitioners, Mr. Espinal Alvarado, for purposes of this action. Counsel are consequently submitting evidence and legal argument into the record of this action. Although this information is being submitted on Mr. Espinal Alvarado's behalf, counsel respectfully suggest that the evidence and argument, which is now part of the record, may aid the Court in its consideration of the other 64 claims. If the Court determines that this amended petition should be severed into a separate action and

1

assigned a separate docket number, counsel respectfully suggest that treating such action as in some fashion consolidated with or related to the existing action may serve the interests of justice and judicial economy.

To be clear, this amendment is filed for Mr. Espinal Alvarado only, and does not modify, supersede, or dismiss any claims brought by the other 64 petitioners.

Dated: April 13, 2020

/s/ Daniel L. McFadden
Matthew R. Segal (BBO # 654489)
Daniel McFadden (BBO # 676612)
Adriana Lafaille (BBO # 680210)
Laura K. McCready (BBO # 703692)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170
msegal@aclum.org
dmcfadden@aclum.org
alafaille@aclum.org
lmccready@aclum.org

David C. Fathi (WA 24893)**
Eunice H. Cho (WA 53711)**
AMERICAN CIVIL LIBERTIES UNION FOUDATION,
NATIONAL PRISON PROJECT
915 15th St. N.W., 7th Floor
Washington, DC  20005
T: 202-548-6616
E: dfathi@aclu.org
E: echo@aclu.org

Michael K. T. Tan*
Anand V. Balakrishnan*
Rebecca A. Ojserkis*
Omar C. Jadwat*
ACLU FOUNDATION IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
Tel: 212-549-2660
mtan@aclu.org
abalakrishnan@aclu.org

2

rojserkis@aclu.org
ojadwat@aclu.org

Sarah Sherman-Stokes (BBO# 682322)
Associate Director
IMMIGRANTS' RIGHTS AND HUMAN TRAFFICKING
PROGRAM
BOSTON UNIVERSITY SCHOOL OF LAW
765 Commonwealth Avenue
Room 1302F
Boston, MA 02215
T. 617-358-6272
sstokes@bu.edu

Susan B. Church (BBO# 639306)
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 01
Cambridge, MA 02139
Tel. (617) 354-3944
sbc@demissiechurch.com

Kerry E. Doyle (BBO# 565648)
GRAVES & DOYLE
100 State Street, 9th Floor
Boston, MA 02109
(617) 542-6400
kdoyle@gravesanddoyle.com


*pro hac application forthcoming
**pro hac application forthcoming; not admitted in D.C.; practice limited to federal courts