# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILMER RUBEN ESPINAL ALVARADO, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ANTONE MONIZ, Superintendent of the )<br>Plymouth County Correctional Facility, )<br>)<br>Respondent. )<br>) | C.A. No. 20-10685-ADB |

## JOINT STATUS REPORT

In response to the Court's April 29, 2020 Order (D.E. 44), the parties hereby report that Mr. Espinal Alvarado's bond hearing occurred on April 28, 2020, and the Immigration Judge ordered a $3,000 bond (plus certain conditions).  Mr. Espinal Alvarado's family paid the bond on April 29, 2020.  Mr. Espinal Alvarado is now released.  A stipulation of dismissal of his claim in this action is being filed with this report.

Dated: April 29, 2020                                                                 Respectfully submitted,

WILMER ESPINAL ALVARADO                                     ANTONE MONIZ
                                                                                                   Superintendent of the Plymouth
By his attorneys,                                                                     County Correctional Facility

*/s/ Daniel L. McFadden*                                                       By his attorneys,
Matthew R. Segal (BBO # 654489)
Daniel McFadden (BBO # 676612)                                ANDREW E. LELLING,
Adriana Lafaille (BBO # 680210)                                     United States Attorney
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.              By:       */s/ Jason C. Weida*
211 Congress Street                                                            Jason C. Weida

1

Boston, MA 02110
(617) 482-3170
msegal@aclum.org
dmcfadden@aclum.org
alafaille@aclum.org

David C. Fathi (WA 24893)**
Eunice H. Cho (WA 53711)**
AMERICAN CIVIL LIBERTIES UNION FOUDATION,
NATIONAL PRISON PROJECT
915 15th St. N.W., 7th Floor
Washington, DC  20005
T: 202-548-6616
E: dfathi@aclu.org
E: echo@aclu.org

Michael K. T. Tan*
Anand V. Balakrishnan*
Omar C. Jadwat*
ACLU FOUNDATION IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
Tel: 212-549-2660
mtan@aclu.org
abalakrishnan@aclu.org
ojadwat@aclu.org

Susan B. Church (BBO#639306)
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 01
Cambridge, MA 02139
Tel. (617) 354-3944
sbc@demissiechurch.com

Kerry E. Doyle (BBO# 565648)
GRAVES & DOYLE
100 State Street, 9th Floor
Boston, MA 02109
(617) 542-6400
kdoyle@gravesanddoyle.com

Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Massachusetts  02210
(617) 748-3180
Jason.Weida@usdoj.gov