# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| WILMER RUBEN ESPINAL ALVARADO, <br><br> Petitioner, <br><br> v. <br><br> ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility, <br><br> Respondent. | C.A. No. 20-10685-ADB |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate that petitioner Wilmer Ruben Espinal Alvarado's claim in this action is dismissed. This stipulation has no effect on the claims brought by other petitioners in the action.

Dated: April 29, 2020

WILMER ESPINAL ALVARADO

By his attorneys,

*/s/ Daniel L. McFadden*
Matthew R. Segal (BBO # 654489)
Daniel McFadden (BBO # 676612)
Adriana Lafaille (BBO # 680210)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170
msegal@aclum.org
dmcfadden@aclum.org

Respectfully submitted,

ANTONE MONIZ
Superintendent of the Plymouth
County Correctional Facility

By his attorneys,

ANDREW E. LELLING,
United States Attorney

By:    */s/ Jason C. Weida*
Jason C. Weida
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Massachusetts  02210

1

alafaille@aclum.org

David C. Fathi (WA 24893)\*\*
Eunice H. Cho (WA 53711)\*\*
AMERICAN CIVIL LIBERTIES UNION FOUDATION,
NATIONAL PRISON PROJECT
915 15th St. N.W., 7th Floor
Washington, DC  20005
T: 202-548-6616
E: dfathi@aclu.org
E: echo@aclu.org

Michael K. T. Tan\*
Anand V. Balakrishnan\*
Omar C. Jadwat\*
ACLU FOUNDATION IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
Tel: 212-549-2660
mtan@aclu.org
abalakrishnan@aclu.org
ojadwat@aclu.org

Susan B. Church (BBO#639306)
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 01
Cambridge, MA 02139
Tel. (617) 354-3944
sbc@demissiechurch.com

Kerry E. Doyle (BBO# 565648)
GRAVES & DOYLE
100 State Street, 9th Floor
Boston, MA 02109
(617) 542-6400
kdoyle@gravesanddoyle.com

(617) 748-3180
Jason.Weida@usdoj.gov