UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO WABIBI AUGUSTO, *et al.*  )<br>  )<br>  Petitioners,  )<br>  )<br>  v.  )<br>  )<br> ANTONE MONIZ,  )<br>  )<br>  Respondent.  )  | Civil Action No. 20-CV-10685-ADB |

## NOTICE OF APPEARANCE

Please enter the appearance of Rachel Goldstein, Assistant United States Attorney, as counsel for Respondent Antone Moniz, Superintendent of the Plymouth County Correctional Facility, in the above-captioned case.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By:   /s/ *Rachel Goldstein*
    RACHEL GOLDSTEIN
    Assistant United States Attorney
    United States Attorney's Office
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3100

Dated: May 12, 2020    Rachel.goldstein@usdoj.gov

## CERTIFICATE OF SERVICE

I, Rachel Goldstein, Assistant United States Attorney, hereby certify that the foregoing Notice of Appearance was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

    /s/ *Rachel Goldstein*
    RACHEL GOLDSTEIN
Dated: May 12, 2020    Assistant United States Attorney