UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO WABIBI AUGUSTO, *et al.*  )<br>  )<br>Petitioners,  )<br>  )<br>v.  )<br>  )<br>ANTONE MONIZ,  )<br>  )<br>Respondent.  ) | Civil Action No. 20-10685-ADB |

## RESPONDENT'S RESPONSE TO COURT ORDER

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility ("PCCF"), by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits the following information in response to the Court's Order, dated May 6, 2020. *See* Doc. # 86 ("Respondent is hereby ordered to notify the Court when a petitioner in this matter is removed, transferred, or released from Plymouth.").

On May 11, 2020, **Petitioner Freddy Vallejos Rivera** was released from PCCF and is no longer in ICE custody.

Respectfully submitted,

ANTONE MONIZ
Superintendent of the Plymouth
County Correctional Facility

By his attorneys,

ANDREW E. LELLING,
United States Attorney

By:   */s/ Jason C. Weida*

|  |  |
|---|---|
|  | Jason C. Weida |
|  | Assistant U.S. Attorney |
|  | United States Attorney's Office |
|  | 1 Courthouse Way, Suite 9200 |
|  | Boston, Massachusetts  02210 |
|  | (617) 748-3180 |
| Dated:  May 12, 2020 | Jason.Weida@usdoj.gov |