UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CLEBERSON QUADRELLI, EVENS DRY, and ABDY NIZEYIMANA, on behalf of themselves and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,<br><br>Respondent. | C.A. No. 20-10685-ADB |

NOTICE OF SUPPLEMENTAL AUTHORITY
REGARDING PETITIONERS' MOTIONS FOR LEAVE TO FILE
SECOND AMENDED PETITION AND FOR CLASS CERTIFICATION

Petitioners Cleberson Quadrelli, Evens Dry, and Abdy Nizeyimana hereby respectfully submit the attached Memorandum of Decision entered today in *Celimen Savino et al. v. Souza*, C.A. No. 20-10617-WGY (D. Mass.) (the "*Savino* Order").

Much like this matter, the *Savino* case is a class action seeking the release of civil immigration detainees from the Bristol County House of Correction due to unsafe conditions arising from the ongoing COVID-19 pandemic. Among other things, today's order finds that the "minimal" COVID-19 testing performed to date in the Bristol facility was among the "acute flaws" and "critical safety gaps that establish a likelihood of irreparable harm to the detainees." *See Savino* Order, at 14-15, 29. After concluding that the class would likely succeed on the merits of

1

its due process claim, the court entered a preliminary injunction requiring universal testing of all immigration detainees and staff who interact with them, among other things.

Petitioners note that, although Plymouth actually houses *more* prisoners/detainees than Bristol, it appears that Plymouth has tested substantially *fewer* of them than even Bristol. *See* Special Master's Weekly Report, *CPCS v. Chief Justice of the Trial Court* (No. SJC-12926), at App'x 4, 12 (reporting 47 prisoners/detainees tested at Bristol, and only 17 prisoners/detainees tested at Plymouth), *available at* https://www.mass.gov/doc/sjc-12926-special-masters-weekly-report-51120/download.

Respectfully submitted,

May 12, 2020                                     */s/ Daniel L. McFadden*

                                 Wm. Shaw McDermott (BBO # 330860)
Andrew C. Glass (BBO # 638362)
Christopher F. Warner (BBO # 705979)
Molly R. Maidman (BBO # 705600)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3120
shaw.mcdermott@klgates.com
andrew.glass@klgates.com
chris.warner@klgates.com
molly.maidman@klgates.com

Matthew R. Segal (BBO # 654489)
Daniel McFadden (BBO # 676612)
Adriana Lafaille (BBO # 680210)
Laura K. McCready (BBO # 703692)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
(617) 482-3170

2

msegal@aclum.org
dmcfadden@aclum.org
alafaille@aclum.org
lmccready@aclum.org

David C. Fathi (WA 24893)**
Eunice H. Cho (WA 53711)**
AMERICAN CIVIL LIBERTIES UNION FOUDATION,
NATIONAL PRISON PROJECT
915 15th St. N.W., 7th Floor
Washington, DC  20005
T: 202-548-6616
E: dfathi@aclu.org
E: echo@aclu.org

Michael K. T. Tan*
Anand V. Balakrishnan*
Rebecca A. Ojserkis*
Omar C. Jadwat*
ACLU FOUNDATION IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
Tel: 212-549-2660
mtan@aclu.org
abalakrishnan@aclu.org
rojserkis@aclu.org
ojadwat@aclu.org

Sarah Sherman-Stokes (BBO# 682322)
Associate Director
IMMIGRANTS' RIGHTS AND HUMAN TRAFFICKING PROGRAM
BOSTON UNIVERSITY SCHOOL OF LAW
765 Commonwealth Avenue
Room 1302F
Boston, MA 02215
T. 617-358-6272
sstokes@bu.edu

Susan B. Church (BBO# 639306)
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 01
Cambridge, MA 02139
Tel. (617) 354-3944
sbc@demissiechurch.com

3

          Kerry E. Doyle (BBO# 565648)
          GRAVES & DOYLE
          100 State Street, 9th Floor
          Boston, MA 02109
          (617) 542-6400
          kdoyle@gravesanddoyle.com