UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO WABIBI AUGUSTO, *et al.*    )<br>)<br>Petitioners,                     )<br>)<br>v.                                )<br>)<br>ANTONE MONIZ,                     )<br>)<br>Respondent.                       ) | Civil Action No. 20-10685-ADB |

## **RESPONDENT'S STATUS REPORT**

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility ("PCCF"), by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this status report to inform the Court and parties of the below developments.

There has been one positive employee test since the last status report.  The employee is a communications officer who does not work at PCCF.  The Department did not need to send anyone home because there was no close contact between the employee and any other employees.

By way of further update, at the date and time of filing, 19 inmates and detainees at PCCF have been tested.  As previously reported, one result of a state pretrial detainee was positive.  All other results of inmates and detainees were negative.  Currently, there are no outstanding tests of inmates or detainees.

        Respectfully submitted,

        ANTONE MONIZ
        Superintendent of the Plymouth
        County Correctional Facility

        By his attorneys,

        ANDREW E. LELLING,
        United States Attorney

By:   */s/ Jason C. Weida*
        Jason C. Weida
        Assistant U.S. Attorney
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, Massachusetts  02210
        (617) 748-3180

Dated:  May 13, 2020        Jason.Weida@usdoj.gov