# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CLEBERSON QUADRELLI and ABDY NIZEYIMANA, on behalf of themselves and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,<br><br>Respondent. | C.A. No. 20-10685-ADB |

## MOTION FOR EXPEDITED BAIL HEARINGS FOR CLASS MEMBERS

Petitioners hereby move for an order scheduling expedited bail hearings on behalf of themselves and the certified class of civil immigration detainees now held by Respondent at the Plymouth County Correctional Facility. While the merits of the case develop (including through the discovery process), the Court possesses the inherent power to grant bail to protect the rights of class members. As grounds for this motion, Petitioners rely on the accompanying memorandum of law. Petitioners request that the Court order the government to file an expedited opposition.

June 12, 2020

Respectfully submitted,

*/s/ Laura K. McCready*
Matthew R. Segal (BBO # 654489)
Daniel McFadden (BBO # 676612)
Adriana Lafaille (BBO # 680210)
Laura K. McCready (BBO # 703692)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110

617-482-3170
msegal@aclum.org
dmcfadden@aclum.org
alafaille@aclum.org
lmccready@aclum.org

David C. Fathi (WA 24893) (*pro hac vice*)
Eunice H. Cho (WA 53711) (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUDATION,
NATIONAL PRISON PROJECT
915 15th St. N.W., 7th Floor
Washington, DC  20005
202-548-6616
dfathi@aclu.org
echo@aclu.org

Michael K. T. Tan (*pro hac vice*)
Anand V. Balakrishnan (*pro hac vice*)
Rebecca A. Ojserkis (*pro hac vice*)
Omar C. Jadwat (*pro hac vice*)
ACLU FOUNDATION IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
212-549-2660
mtan@aclu.org
abalakrishnan@aclu.org
rojserkis@aclu.org
ojadwat@aclu.org

Wm. Shaw McDermott (BBO # 330860)
Andrew Glass (BBO # 638362)
Christopher F. Warner (BBO # 705979)
Molly R. Maidman (BBO # 705600)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
617-261-3120
shaw.mcdermott@klgates.com
andrew.glass@klgates.com
chris.warner@klgates.com
molly.maidman@klgates.com

Sarah Sherman-Stokes (BBO# 682322)
Associate Director

IMMIGRANTS' RIGHTS AND HUMAN TRAFFICKING PROGRAM
BOSTON UNIVERSITY SCHOOL OF LAW
765 Commonwealth Avenue
Room 1302F
Boston, MA 02215
617-358-6272
sstokes@bu.edu

Susan B. Church (BBO# 639306)
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 01
Cambridge, MA 02139
617-354-3944
sbc@demissiechurch.com

Kerry E. Doyle (BBO# 565648)
GRAVES & DOYLE
100 State Street, 9th Floor
Boston, MA 02109
617-542-6400
kdoyle@gravesanddoyle.com

## **LOCAL RULE 7.1 CERTIFICATION**

      I hereby certify that I conferred with opposing counsel in a good faith attempt to narrow or resolve the issues raised in this motion. Counsel for the Respondent opposes the motion.

                                              /s/ *Laura K. McCready*
                                              Laura K. McCready