UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDY NIZEYIMANA, on behalf of himself and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-10685-ADB<br>)<br>)<br>)<br>)<br>)<br>) |

**RESPONDENT'S COMBINED NOTICE OF INTENT TO TRANSFER AND THEN REMOVE AND RESPONSE TO THE SEALED FILING DATED JUNE 25, 2020**

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility ("PCCF"), by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this notification pursuant to this Court's Order, dated June 9, 2020. Doc. # 144. Respondent also submits this notice in response to the sealed filing, dated June 25, 2020.

The week of July 13, 2020, ICE intends to begin executing Petitioner Rogerio Pereira-Da Silva's ("Pereira-Da Silva") final order of removal by transferring him out of the district. That same week, ICE intends to remove Pereira-Da Silva from the United States to Brazil.

Respectfully submitted,

ANTONE MONIZ
Superintendent of the Plymouth
County Correctional Facility

By his attorneys,

ANDREW E. LELLING,

                                  United States Attorney

By:   */s/ Jason C. Weida*
      Jason C. Weida
      Assistant U.S. Attorney
      United States Attorney's Office
      1 Courthouse Way, Suite 9200
      Boston, Massachusetts  02210
      (617) 748-3180

Dated:  July 8, 2020                      Jason.Weida@usdoj.gov