UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDY NIZEYIMANA, on behalf of himself and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility<br><br>Respondent. | Civil Action No. 20-10685-ADB |

**RESPONDENT'S NOTICE OF INTENT TO TRANSFER AND THEN REMOVE**

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility, by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this notification pursuant to this Court's Order, dated June 9, 2020.  Doc. # 144.

During the first week of August, ICE intends to begin executing **Petitioner Jaskaran Singh's** and **Petitioner Kawalpreet Singh's** final orders of removal by transferring them out of the district.  During the same week, ICE intends to remove them from the United States to India.

    Respectfully submitted,

    ANTONE MONIZ
    Superintendent of the Plymouth
    County Correctional Facility

    By his attorneys,

    ANDREW E. LELLING,
    United States Attorney

    By:   */s/ Jason C. Weida*

|  |  |
|---|---|
|  | Jason C. Weida |
|  | Assistant U.S. Attorney |
|  | United States Attorney's Office |
|  | 1 Courthouse Way, Suite 9200 |
|  | Boston, Massachusetts  02210 |
|  | (617) 748-3180 |
| Dated:  July 27, 2020 | Jason.Weida@usdoj.gov |