UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDY NIZEYIMANA, on behalf of himself and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-10685-ADB<br>)<br>)<br>)<br>)<br>)<br>) |

## RESPONDENT'S NOTICE OF INTENT TO TRANSFER AND THEN REMOVE

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility, by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this notification pursuant to this Court's Order, dated June 9, 2020.  Doc. # 144.

As of this week, four new ICE detainees are now housed in Unit C-3:  Argelio Pedroza Cante, Carlos Perez, Juan Carlos Tovar-Sanchez, and Jose Medeiros.  As early as Friday, however, ICE intends to execute Jose Medeiros's final order of removal by transferring him out of the district and removing his from the United States to Portugal.

A current roster of Unit C-3 is attached as Exhibit A hereto.

                                                  Respectfully submitted,

                                                  ANTONE MONIZ
                                                  Superintendent of the Plymouth
                                                  County Correctional Facility

                                                  By his attorneys,

|  |  |
|---|---|
|  | ANDREW E. LELLING, <br> United States Attorney |
| By: | */s/ Jason C. Weida* <br> Jason C. Weida <br> Assistant U.S. Attorney <br> United States Attorney's Office <br> 1 Courthouse Way, Suite 9200 <br> Boston, Massachusetts  02210 <br> (617) 748-3180 |
| Dated:  July 29, 2020 | Jason.Weida@usdoj.gov |