# EXHIBIT A

| | |
|---|---|
| AHMED | JEWEL |
| ARANGO-SEPULVEDA | BRAYAN |
| AUGUSTO | PEDRO |
| CELA-CAGUANA | MANUEL |
| CHAVEZ CHAVEZ | MARCOS |
| CUBA | PEDRO |
| DALEY | LEROY WOODLEY |
| DUMAGUALA-PACHECO | FAUSTO |
| FELICIANO DASILVA | KAIANY |
| GOMEZ LOPEZ | APARISIO |
| GOMEZ-AYALA | DANILO |
| HERNANDEZ MENDEZ | JOSE |
| HOSSAIN | SAKHAWAT |
| KATAMBWA | PATRICK |
| KHAN | NAZIM |
| KIKWETA | GLOIRE |
| LOMBO | WELO |
| MARTINEZ DELGADO | JORGE DOMINGO |
| MARTIN-SOLIS | GALINDO |
| MELES | SELEMUN |
| MONTILLA SOTO | ESQUELIN |
| NEZALI | NASSIM |
| NIZEYIMANA | ABDY |
| PAGUAY POMAVILLA | JOSE |
| POJOY CALEL | HECTOR |
| RAMIREZ LOPEZ | DAMIAN |
| REYES CASTILLO | JONATHAN |
| RODRIGUEZ MARTINEZ | JOSE |
| SALGUERO-SANCHEZ | RUDY |
| SANTOS | CARLOS |
| SILVA SOARES | VICTOR |
| SINGH | KAWALPREET |
| SINGH | MANINDER |
| SINGH | JASKARAN |
| SINGH | KARANBIR |
| VASCO | KABOMBO MAFUTA |
| PEDROZA CANTE | ARGELIO |
| PEREZ | CARLOS |
| TOVAR-SANCHEZ | JUAN CARLOS |
| MEDEIROS | JOSE |