UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDY NIZEYIMANA, on behalf of himself and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility<br><br>Respondent. | Civil Action No. 20-10685-ADB |

## RESPONDENT'S NOTICE OF INTENT TO TRANSFER AND THEN REMOVE

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility, by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this notification pursuant to this Court's Order, dated June 9, 2020. Doc. # 144.

As early as Monday, August 3, 2020, ICE intends to execute Petitioner Karanbir Singh's final order of removal by transferring him out of the district and removing him from the United States to India.

Respectfully submitted,

ANTONE MONIZ
Superintendent of the Plymouth
County Correctional Facility

By his attorneys,

ANDREW E. LELLING,
United States Attorney

By:  /s/ Jason C. Weida

|  |  |
|---|---|
|  | Jason C. Weida<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts  02210<br>(617) 748-3180 |
| Dated:  July 31, 2020 | Jason.Weida@usdoj.gov |