UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABDY NIZEYIMANA, on behalf of himself and all others similarly situated, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 20-10685-ADB |
| ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility | ) ) ) | |
| Respondent. | ) | |

**RESPONDENT'S NOTICE OF INTENT TO TRANSFER AND THEN REMOVE**

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility, by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this notification pursuant to this Court's Order, dated June 9, 2020.  Doc. # 144.

As early as Wednesday, August 5, 2020, ICE intends to execute Petitioner Leroy Daley's final order of removal by transferring him out of the district and removing him from the United States to the United Kingdom.

Respectfully submitted,

ANTONE MONIZ
Superintendent of the Plymouth
County Correctional Facility

By his attorneys,

ANDREW E. LELLING,
United States Attorney

By:   */s/ Jason C. Weida*

Jason C. Weida
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Massachusetts  02210
(617) 748-3180
Dated:  August 3, 2020                                    Jason.Weida@usdoj.gov