UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDY NIZEYIMANA, on behalf of himself and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility<br><br>Respondent. | Civil Action No. 20-10685-ADB |

## **RESPONDENT'S STATUS REPORT**

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility ("PCCF"), by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this status report to inform the Court and parties of the below developments.

On July 31, 2020, PCCF received a pretrial detainee facing state charges. PCCF received word from the arresting agency that the detainee earlier had tested positive in the community. PCCF was able to verify through the Massachusetts Department of Public Health that the detainee had tested positive on July 13, 2020, which was 18 days prior to his admission to PCCF. On the advice of the on-call healthcare provider, PCCF kept the detainee in medical isolation until he could be seen by the on-site healthcare provider. A physician saw the detainee on August 3, 2020, and cleared him to go to the intake quarantine unit, where he will remain for 14 days per PCCF protocol.

By way of further update, including the information reported above, Respondent reports that, as of the date of filing, there have been 71 tests for COVID-19 involving PCCF inmates and detainees, and 67 of those tests were *negative*.

Respectfully submitted,

ANTONE MONIZ
Superintendent of the Plymouth
County Correctional Facility

By his attorneys,

ANDREW E. LELLING,
United States Attorney

By:  */s/ Jason C. Weida*
Jason C. Weida
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Massachusetts  02210
(617) 748-3180
Jason.Weida@usdoj.gov

Dated:  August 3, 2020