UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDY NIZEYIMANA, on behalf of himself and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility<br><br>Respondent. | Civil Action No. 20-10685-ADB |

## **RESPONDENT'S RESPONSE TO COURT ORDER AND STATUS UPDATE**

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility ("PCCF"), by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this notification pursuant to this Court's Order, dated July 30, 2020. Doc. # 213 ("By August 3, 2020, Respondent shall file a status update on Petitioners Milton Gueso-Garcia and Edras Lopez De La Cruz. These petitioners were not included in the list of individuals currently being held in Unit C-3 in the July 29, 2020 status update, [ECF No. 211 -1], but it also does not appear that the Court has been notified of their release or transfer.").[1]

**Milton Gueso-Garcia** was voluntarily released on July 23, 2020.

**Edras Lopez De La Cruz** ("De La Cruz") remains detained at PCCF. He was inadvertently left off of the roster filed on July 29, 2020, because he was temporarily placed in

---

[1] The undersigned apologizes for filing this response one day late.

another unit (Unit H-1), where he remains today. Because De La Cruz is still a class member (and it expected to return to Unit C-3 in the future), Respondent has added his name back to the roster.

In addition, the following class members were released or removed. **Abdy Nizeyimana** was voluntarily released on July 30, 2020. **Kawalpreet Singh, Jaskaran Singh, and Karanbir Singh** were removed from the United States to India on August 3, 2020.

Finally, Unit C-3 has a new ICE detainee, **Rogni Odalis Nunez-Perez**, who recently was moved to Unit C-3 following his routine quarantine upon his admittance to PCCF.

Attached as Exhibit A hereto is a current roster of Unit C-3.

          Respectfully submitted,

          ANTONE MONIZ
          Superintendent of the Plymouth
          County Correctional Facility

          By his attorneys,

          ANDREW E. LELLING,
          United States Attorney

By:   */s/ Jason C. Weida*
      Jason C. Weida
      Assistant U.S. Attorney
      United States Attorney's Office
      1 Courthouse Way, Suite 9200
      Boston, Massachusetts 02210
      (617) 748-3180

Dated: August 4, 2020      Jason.Weida@usdoj.gov