UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEDRO WABIBI AUGUSTO, ET AL,
Petitioners

v.     Civil Action Number: 1:20-10685-ADB

ANTONE MONIZ,
Respondent

### PETITIONER GLOIRE KIKWETA'S MOTION TO FILE

### MOTION FOR RELEASE ON CONDITIONS UNDER SEAL

Counsel for petitioner Gloire Kikweta respectfully requests that he be permitted to file a motion for release on conditions and accompanying attachments under seal.  Counsel requests to file the same under seal because sensitive information is referenced in the documents.

Respectfully submitted,
**GLOIRE KIKWETA**,
By his lawyer,

*/s/ Joanna Silva Keefe*
**Joanna Silva Keefe**
BBO: 686484
801 C Tremont Street
Boston, MA 02118
Telephone (617) 820-6079
Facsimile (617) 445-8002

CERTIFICATE OF SERVICE

I, Joanna Silva Keefe, counsel for the plaintiff, hereby certify that on this 4th day of August 2020, I did serve this document by email to opposing counsel.

Dated: August 4, 2020                    */s/ Joanna Silva Keefe*
                                         Joanna Silva Keefe

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)

Counsel states that Mr. Weida of the Office of the United States Attorney objects to the motion for release to be filed under seal; he states that sensitive information in the motion should be redacted; but he agrees that attachments can be filed under seal.

*/s/ Joanna Silva Keefe*
Joanna Silva Keefe