UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDY NIZEYIMANA, on behalf of himself and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility<br><br>Respondent. | Civil Action No. 20-10685-ADB |

## RESPONDENT'S NOTICE OF INTENT TO REMOVE

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility, by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this notification pursuant to this Court's Order, dated June 9, 2020. Doc. # 144.

The week of August 17, 2020, ICE intends to execute Petitioner Jose Medeiros's final order of removal by removing him from the United States to Portugal.

Respectfully submitted,

ANTONE MONIZ
Superintendent of the Plymouth
County Correctional Facility

By his attorneys,

ANDREW E. LELLING,
United States Attorney

By:  */s/ Rachel Goldstein*
Rachel Goldstein

                                                        Assistant U.S. Attorney  
                                                        United States Attorney's Office  
                                                        1 Courthouse Way, Suite 9200  
                                                        Boston, Massachusetts  02210  
                                                        (617) 748-3242  
Dated:  August 11, 2020                        Rachel.Goldstein@usdoj.gov