UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDY NIZEYIMANA, on behalf of himself and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility<br><br>Respondent. | Civil Action No. 20-10685-ADB |

## RESPONDENT'S NOTICE OF INTENT TO TRANSFER AND THEN REMOVE

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility, by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this notification pursuant to this Court's Order, dated June 9, 2020. Doc. # 144.

The week of August 17, 2020, ICE intends to begin executing Petitioner Victor Silva Soares's ("Silva Soares") and Petitioner Fausto Dumaguala-Pachecho's ("Dumaguala-Pachecho") final orders of removal by transferring them out of the district. Thereafter, ICE intends to remove Silva Soares to Brazil and Dumaguala-Pachecho to Ecuador.

Respectfully submitted,

ANTONE MONIZ
Superintendent of the Plymouth
County Correctional Facility

By his attorneys,

ANDREW E. LELLING,
United States Attorney

                                                         By:    */s/ Jason C. Weida*
                                                                   Jason C. Weida
                                                                   Assistant U.S. Attorney
                                                                   United States Attorney's Office
                                                                   1 Courthouse Way, Suite 9200
                                                                   Boston, Massachusetts  02210
                                                                   (617) 748-3180
Dated:  August 13, 2020                     Jason.Weida@usdoj.gov