UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDY NIZEYIMANA, on behalf of himself and all others similarly situated, <br><br> Petitioners, <br><br> v. <br><br> ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-10685-ADB |

## RESPONDENT'S NOTICE OF RESPONSE TO COURT ORDERS

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility, by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully notifies the Court that Washington Da Silva was added to Unit C-3 on August 10, 2020.  Additionally, Leroy Woodley Daley was removed on August 5, 2020, and Manuel Cela-Caguana was released on an order of supervision on August 13, 2020.  In response to the Court's Order, dated June 16, 2020 (Doc. # 162), Respondent has attached a list of the names of those Petitioners who remain in Unit C-3.  *See* Exhibit A hereto.

                      Respectfully submitted,

                      ANTONE MONIZ
                      Superintendent of the Plymouth
                      County Correctional Facility

                      By his attorneys,

                      ANDREW E. LELLING,
                      United States Attorney

                      By:   */s/ Rachel Goldstein*

|  |  |
|---|---|
|  | Rachel Goldstein |
|  | Assistant U.S. Attorney |
|  | United States Attorney's Office |
|  | 1 Courthouse Way, Suite 9200 |
|  | Boston, Massachusetts  02210 |
|  | (617) 748-3242 |
| Dated:  August 14, 2020 | Rachel.Goldstein@usdoj.gov |