# EXHIBIT A

| Last Name | First Name |
|---|---|
| AHMED | JEWEL |
| ARANGO-SEPULVEDA | BRAYAN |
| AUGUSTO | PEDRO |
| CHAVEZ CHAVEZ | MARCOS |
| CUBA | PEDRO |
| DA SILVA | WASHINGTON |
| DUMAGUALA-PACHECO | FAUSTO |
| FELICIANO DASILVA | KAIANY |
| GOMEZ LOPEZ | APARISIO |
| GOMEZ-AYALA | DANILO |
| HERNANDEZ MENDEZ | JOSE |
| HOSSAIN | SAKHAWAT |
| KATAMBWA | PATRICK |
| KHAN | NAZIM |
| KIKWETA | GLOIRE |
| LOMBO | WELO |
| LOPEZ DE LA CRUZ | EDRAS |
| MARTIN-SOLIS | GALINDO |
| MEDEIROS | JOSE |
| MELES | SELEMUN |
| MONTILLA SOTO | ESQUELIN |
| NEZALI | NASSIM |
| NUNEZ-PEREZ | ROGNI |
| PAGUAY POMAVILLA | JOSE |
| PEDROZA CANTE | ARGELIO |
| PEREZ | CARLOS |
| POJOY CALEL | HECTOR |
| RAMIREZ LOPEZ | DAMIAN |
| REYES CASTILLO | JONATHAN |
| RODRIGUEZ MARTINEZ | JOSE |
| SALGUERO-SANCHEZ | RUDY |
| SANTOS | CARLOS |
| SILVA SOARES | VICTOR |
| SINGH | MANINDER |
| TOVAR-SANCHEZ (aka: Castellanos-Gonzalez) | JUAN CARLOS |
| VASCO | KABOMBO MAFUTA |