UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDY NIZEYIMANA, on behalf of himself and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility<br><br>Respondent. | Civil Action No. 20-10685-ADB |

## RESPONDENT'S NOTICE OF INTENT TO TRANSFER AND THEN REMOVE

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility, by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this notification pursuant to this Court's Order, dated June 9, 2020. Doc. # 144.

As early as August 24, 2020, ICE intends to transfer Petitioners Ahmed Jewel, Nazim Khan, and Rogni Odalis Nunez-Perez out of the district for removal thereafter.

                                                Respectfully submitted,

                                                ANTONE MONIZ
                                                Superintendent of the Plymouth
                                                County Correctional Facility

                                                By his attorneys,

                                                ANDREW E. LELLING,
                                                United States Attorney

                      By:    */s/ Rachel Goldstein*
                               Rachel Goldstein

|  |  |
|---|---|
|  | Assistant U.S. Attorney |
|  | United States Attorney's Office |
|  | 1 Courthouse Way, Suite 9200 |
|  | Boston, Massachusetts 02210 |
|  | (617) 748-3242 |
| Dated: August 20, 2020 | Rachel.Goldstein@usdoj.gov |