UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDY NIZEYIMANA, on behalf of himself and all others similarly situated, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility )<br>)<br>Respondent. ) | Civil Action No. 20-10685-ADB |

**RESPONDENT'S NOTICE OF RESPONSE TO COURT ORDERS**

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility, by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits the following information in response to the Court's Order, dated May 6, 2020. *See* Doc. # 86. On August 20, 2020, Petitioner **Jose Medeiros** was removed from the United States to Portugal, and on the same date, Petitioner **Victor Silva Soares** was removed from the United States to Brazil. On August 18, 2020, Petitioner **Fausto Dumaguala-Pacheco** was transferred out of the district, and is awaiting removal to Ecuador, which is expected to occur the week of August 31, 2020.

Additionally, on August 17, 2020, Ubaldo Perez-Munoz was added to Unit C-3.

In response to the Court's Order, dated June 16, 2020 (Doc. # 162), Respondent has attached a list of the names of those Petitioners who remain in Unit C-3. *See* Exhibit A hereto.

Respectfully submitted,

ANTONE MONIZ
Superintendent of the Plymouth
County Correctional Facility

                                By his attorneys,

                                ANDREW E. LELLING,
                                United States Attorney

By:    */s/ Rachel Goldstein*
        Rachel Goldstein
        Assistant U.S. Attorney
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, Massachusetts  02210
        (617) 748-3242

Dated:  August 21, 2020        Rachel.Goldstein@usdoj.gov