UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDY NIZEYIMANA, on behalf of himself and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility<br><br>Respondent. | Civil Action No. 20-10685-ADB |

## RESPONDENT'S NOTICE TO COURT

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility, by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully informs the Court that on August 24, 2020, Ayoub Haddad was added to Unit C-3.

Respectfully submitted,

ANTONE MONIZ
Superintendent of the Plymouth
County Correctional Facility

By his attorneys,

ANDREW E. LELLING,
United States Attorney

By:   */s/ Rachel Goldstein*
Rachel Goldstein
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

(617) 748-3242
Rachel.Goldstein@usdoj.gov

Dated:  August 25, 2020