UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDY NIZEYIMANA, on behalf of himself and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility<br><br>Respondent. | Civil Action No. 20-10685-ADB |

## RESPONDENT'S NOTICE OF INTENT TO TRANSFER AND THEN REMOVE

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility, by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this notification pursuant to this Court's Order, dated June 9, 2020. Doc. # 144.

The week of August 31, 2020, ICE intends to transfer Petitioners Juan Carlos Tovar-Sanchez (aka: Castellanos-Gonzalez) and Jose Luis Rodriguez Martinez out of the district for removal thereafter.

Respectfully submitted,

ANTONE MONIZ
Superintendent of the Plymouth
County Correctional Facility

By his attorneys,

ANDREW E. LELLING,
United States Attorney

By:   */s/ Rachel Goldstein*

                                        Rachel Goldstein  
                                        Assistant U.S. Attorney  
                                        United States Attorney's Office  
                                        1 Courthouse Way, Suite 9200  
                                        Boston, Massachusetts  02210  
                                        (617) 748-3242  
Dated:  August 27, 2020                Rachel.Goldstein@usdoj.gov