UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDY NIZEYIMANA, on behalf of himself and all others similarly situated,  )<br>)<br>)<br>Petitioners,  )<br>)<br>v.  )<br>)<br>ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility  )<br>)<br>)<br>Respondent.  ) | Civil Action No. 20-10685-ADB |

## **RESPONDENT'S NOTICE OF INTENT TO TRANSFER AND THEN REMOVE**

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility, by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this notification pursuant to this Court's Order, dated June 9, 2020. Doc. # 144. The week of September 7, 2020, ICE intends to transfer Petitioners **Selemun Meles**, **Rogni Nunez-Perez**, **Edras Lopez De La Cruz**, **Galindo Martin-Solis**, and **Jonathan Reyes Castillo** out of the district in preparation for removal thereafter.

In addition, pursuant to this Court's Order, dated May 6, 2020 (Doc. # 86), the United States notifies the Court that on September 1, 2020, Petitioner **Jose Rodriguez Martinez** was removed from the United States to Mexico, and on that same date, Petitioner **Juan Carlos Tovar-Sanchez** (aka: Castellanos-Gonzalez) was transferred out of the district in preparation for removal thereafter.

In response to the Court's Order, dated June 16 (Doc. # 162), Respondent has attached a list of the names of those Petitioners who remain in Unit C-3. See Exhibit A hereto.

Respectfully submitted,

                                            ANTONE MONIZ
                                            Superintendent of the Plymouth
                                            County Correctional Facility

                                            By his attorneys,

                                            ANDREW E. LELLING,
                                            United States Attorney

                           By:    */s/ Rachel Goldstein*
                                            Rachel Goldstein
                                            Assistant U.S. Attorney
                                            United States Attorney's Office
                                            1 Courthouse Way, Suite 9200
                                            Boston, Massachusetts  02210
                                            (617) 748-3242
Dated:  September 2, 2020                Rachel.Goldstein@usdoj.gov