UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDY NIZEYIMANA, on behalf of himself and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility<br><br>Respondent. | Civil Action No. 20-10685-ADB |

## RESPONDENT'S UPDATED STATUS REPORT

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility ("PCCF"), by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this status report to inform the Court and parties of the below developments.

On September 8, 2020, Respondent notified the Court as follows:

> There has been a positive employee test. On September 8, 2020, PCCF received a positive COVID result for a correction officer who tested because of close contact with a positive family member. PCCF promptly interviewed employees and reviewed video footage. Based on PCCF's contact tracing, three employees have been quarantined because they had close contact with the positive employee. Those employees will take COVID tests (any positive results will be reported). PCCF's contract tracing efforts did not reveal any close contact of the positive employee with inmates or detainees.

Doc. # 248.

By way of update, Respondent notifies the Court that two of the three employees subsequently tested (both correction officers at PCCF) have tested negative. One of the three

employees subsequently tested (a medical officer at PCCF), however, testified positive. The medical officer had close contact with the employee (who tested positive on September 8) outside of PCCF, has not been at PCCF since September 1, and is currently under quarantine.

          Respectfully submitted,

          ANTONE MONIZ
          Superintendent of the Plymouth
          County Correctional Facility

          By his attorneys,

          ANDREW E. LELLING,
          United States Attorney

By:    */s/ Jason C. Weida*
          Jason C. Weida
          Assistant U.S. Attorney
          United States Attorney's Office
          1 Courthouse Way, Suite 9200
          Boston, Massachusetts  02210
          (617) 748-3180
Dated:  September 10, 2020          Jason.Weida@usdoj.gov